# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv29

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>$6,357.00 in UNITED STATES )<br>CURRENCY, )<br>)<br>Defendant. )<br>_____) | ORDER |

**THIS MATTER** is before the Court *sua sponte*.

On October 27, 2011, Magistrate Judge Dennis L. Howell entered an Order striking the claim of Robert A. Sellarole, the only individual or entity in this matter to file a claim. [Doc. 18]. In that same Order, the Magistrate Judge advised the Government to file a motion for default judgment. [Id.]. To date, the Government has not done so.

**IT IS, THEREFORE, ORDERED** that on or before five (5) business days from entry of this Order, the Government shall file a motion for entry of default and a motion for default judgment or shall show cause why it is unable to do so. Otherwise this matter may be dismissed for failure to prosecute.

IT IS SO ORDERED.

Signed: November 28, 2011

Martin Reidinger
United States District Judge