# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL CASE NO. 1:11cv29

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **$6,357.00 in UNITED STATES CURRENCY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On October 27, 2011, Magistrate Judge Dennis L. Howell entered an Order striking the claim of Robert A. Sellarole, the only individual or entity in this matter to file a claim. [Doc. 18]. In that same Order, the Magistrate Judge advised the Government to file a motion for default judgment. [Id.]. To date, the Government has not done so.

**IT IS, THEREFORE, ORDERED** that on or before five (5) business days from entry of this Order, the Government shall file a motion for entry of default and a motion for default judgment or shall show cause why it is unable to do so. Otherwise this matter may be dismissed for failure to prosecute.

IT IS SO ORDERED.

Signed: November 28, 2011

Martin Reidinger
United States District Judge